UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Soots,<br><br>         Plaintiff,<br>   v.<br><br>Citibank NA; and DOES 1-10, inclusive,<br><br>         Defendant. | Civil Action No.:  1:16-cv-03710-KBF |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 15, 2016

Respectfully submitted,

PLAINTIFF, Jonathan Soots

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg